IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL ACTION NO. 1:21-CV-00061-KDB-DSC

| | |
|---|---|
| DEVIN L MASON, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>C R BARD INCORPORATED et. al., )<br>)<br>Defendants. ) | **ORDER** |

**THIS MATTER** is before the Court on the "Motion[s] for Admission *Pro Hac Vice* and Affidavit[s] [for Mark E. Chavez, David P. Matthews and Richard A. Freese]" (documents ##14-16) filed March 8, 2021. For the reasons set forth therein, the Motions will be granted

The Clerk is directed to send copies of this Order to counsel for the parties and to the Honorable Kenneth D. Bell.

**SO ORDERED**.

Signed: March 8, 2021

David S. Cayer
United States Magistrate Judge